|  |  |
|---|---|
| UNITED STATES DISTRICT COURT  COUNTY OF | INDEX NO: 07CV10295  FILED ON:  DISTRICT: Southern/NY |

*United States of America*

vs                                                                                              Plaintiff(s)

*Star Car Service*

Defendant(s)

| STATE OF NEW YORK, COUNTY OF ALBANY, SS.: | AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE |
|---|---|

_____Stephen L. Collen_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____January 4, 2008_____, at __2:00 pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed

Summons in a Civil Action and Complaint
_____, on

Star Car Service, Inc. h/s/a Star Car Service

Defendant in this action, by delivering to and leaving with ____Donna Christie____, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section 306 Business Corporation Law.

☐ Service was completed by mailing notice of such service and one (1) true copy thereof by       ☐ Registered or
   ☐ 1st Class Mail and Certified Mail, # _____, Return Receipt Requested on _____
   to said defendant at: _____
   Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.
Description of the person served: Approx. Age: 44 years   Approx. weight: 130 lbs   Approx. Ht.: 5'5"
Sex: female   Color of skin: white   Color of hair: brown   Other: _____

Sworn to before me on ____January 8, 2008____

*[signature]*
MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

*[signature]*
Stephen L. Collen

Invoice·Work Order # 0710550