

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



86 Chambers Street
New York, New York 10007

January 15, 2008

By Hand
Honorable Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: <u>United States v. Star Car Service</u>
       07 Civ. 10295 (SHS)

Dear Judge Stein:

    The Court has scheduled a status conference in the above-referenced case for Friday, January 18, 2008, at :12:30 p.m. This case is an action to recover money due and owing the United States by the defendant Star Car Service (the "defendant") pursuant to a Forfeiture Order in the amount of $4,000.00 issued by the Federal Communications Commission, pursuant to 47 U.S.C. § 503 <u>et seq.</u>. The defendant was, however, only served with a copy of the summons and complaint on January 4, 2008, and has until January 24, 2008, to file an answer or otherwise move with respect to the complaint. The Government requests that the conference be adjourned until after January 24, 2008. If the defendant fails to file an answer, the Government will file a motion for a default judgment on Monday, January 28, 2008.

    Thank you for your consideration of this request.

                      Respectfully,

                      MICHAEL J. GARCIA
                      United States Attorney

                By: _____
                  KATHLEEN A. ZEBROWSKI
                  Assistant United States Attorney
                  Telephone: (212) 637-2710

*[Handwritten: The conference is adjourned to 2/29/08, at 9:30 a.m.]*

SO ORDERED 1/17/08

*[Signature]*
SIDNEY H. STEIN
U.S.D.J.